IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD W. PAINTER  :
:
    Plaintiff(s)  :
:  Case Number: 1:04-cv-00710
vs.  :
:  Senior District Judge S. Arthur Spiegel
UAW LOCAL 647, et al.  :
:
    Defendant(s)  :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Since the claims are barred by the LMRA statute of limitation, or, alternatively, that the UAW did not breach its duty of fair representation, and there is no question of material fact, the Court GRANTS Defendant's Motion for Summary Judgment as to each of the Plaintiff's claims (doc. 14).  This matter is DISMISSED from the Court's docket.

6/8/06                                                                            James Bonini, Clerk

                                                                           s/Kevin Moser
                                                                           Kevin Moser
                                                                           Deputy Clerk